IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-CR-20025 |
| | ) | |
| JERRY LEE HENDRICKS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION RE: 911 CALL ON MAY 21, 2011

The United States of America, by James A. Lewis, United States Attorney, and Elly M. Peirson, Assistant United States Attorney, and the defendant, Jerry Lee Hendricks, through his attorney, Elisabeth R. Pollock, stipulate and agree as follows:

911 call on May 21, 2011

Government's Exhibit 13 is a recorded telephone call made to a 911 call center in Newton County, Indiana. Calls to a 911 call center are recorded at or near the time they were made and kept as records in the course of regularly conducted activity. Making a record of a 911 call is the regular practice of the Newton County Sheriff's Office. If called to testify, a custodian of records with the Newton County Sheriff's Office would testify that Government's Exhibit 13 is a true and accurate copy of a telephone call made on May 21, 2011.

The telephone call on Government Exhibit 13 accurately reproduces the words spoken and the sounds of the speakers' voices as those words were spoken and those sounds occurred at the time the call was recorded.

The transcript of the 911 call contained in Government Exhibit 13-T is an accurate transcription of the 911 call to which the transcript corresponds and accurately reflects the speakers in that conversation.

Upon the jury's review of the transcripts, you will note that certain information in the body of the transcripts is in brackets. The bracketed information is commentary by the government, who prepared the transcripts. There is no stipulation between the parties as to whether the bracketed information in the transcripts is true and accurate.

Government Exhibits 13 and 13-T are admitted into evidence.

JAMES A. LEWIS
UNITED STATES ATTORNEY

s/Elisabeth R. Pollock  By: s/Elly M. Peirson
Elisabeth R. Pollock     Elly M. Peirson
Attorney for Jerry Lee Hendricks   Assistant United States Attorney