E-FILED
Tuesday, 16 July, 2013 10:39:09 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
JUL 15 2013
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 12-CR-20025 |
| JERRY LEE HENDRICKS, | ) |
| Defendant. | ) |

**STIPULATION RE: DATA EXTRACTION FROM SAMSUNG CELLULAR PHONE**

The United States of America, by James A. Lewis, United States Attorney, and Elly M. Peirson, Assistant United States Attorney, and the defendant, Jerry Lee Hendricks, through his attorney, Elisabeth R. Pollock, stipulate and agree as follows:

<u>Data Extraction of the Samsung cellular phone</u>

Law enforcement officers regularly utilize cellular telephone forensic examination devices to extract data from cellular telephones. The device used to extract data from the Samsung cellular telephone (Govt. Exh.1) was tested regularly to determine its functionality and accuracy. No irregularities were detected. The reports generated from the data extraction of these cellular telephones are true and accurate.

JAMES A. LEWIS
UNITED STATES ATTORNEY

s/Elisabeth R. Pollock                    By:   s/Elly M. Peirson
Elisabeth R. Pollock                             Elly M. Peirson
Attorney for Jerry Lee Hendricks                 Assistant United States Attorney