E–FILED
Thursday, 03 July, 2014  06:06:07 PM
Clerk, U.S. District Court, ILCD
39,APPEAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:12–cr–20025–SEM–DGB–1
### *Internal Use Only*

Case title: USA v. Hendricks

Date Filed: 04/18/2012
Date Terminated: 06/27/2014

Assigned to: Judge Sue E. Myerscough
Referred to: Magistrate Judge David G. Bernthal

**Defendant (1)**

| | | |
|---|---|---|
| **Jerry Lee Hendricks**<br>*TERMINATED: 06/27/2014* | represented by | **Elisabeth R Pollock**<br>FEDERAL PUBLIC DEFENDER<br>300 W Main St<br>Urbana, IL 61801<br>217–373–0666<br>Fax: 217–373–0667<br>Email: Elisabeth_Pollock@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**John C Taylor**<br>FEDERAL PUBLIC DEFENDER<br>300 W Main St<br>Urbana, IL 61801<br>217–373–0666<br>Fax: 217–373–0667<br>Email: john_taylor@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2251.F; SEXUAL EXPLOITATION OF CHILDREN. On or about 5/21/11 defendant did use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction that was produced using materials that had been transported in interstate &foreign commerce in violation of 18 USC 2251(a) &(e) and 3559(e)(1). | Defendant sentenced to life of imprisonment on each of Counts 1 through 4 and 20 years on Count 5, consecutive to Counts 1 through 4, and 10 years on Count 6 to run consecutive to the terms imposed in Counts 1 through 5; life on each of Counts 1 through 5 and 3 years on Count 6, to run consecutive to the terms imposed in Counts 1 through 5; and a mandatory $600.00 special assessment. |

(1–4)

| | |
|---|---|
| 18:2252A.F; ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO. On or about 5/21/11 the defendant did knowingly possess at least one video which contained a visual depiction involving a minor engaging in sexually explicit conduct that was produced using materials that had been transported in interstate commerce in violation of 18 USC 2252(a)(4)(B) &(b)(2). | Defendant sentenced to life of imprisonment on each of Counts 1 through 4 and 20 years on Count 5, consecutive to Counts 1 through 4, and 10 years on Count 6 to run consecutive to the terms imposed in Counts 1 through 5; life on each of Counts 1 through 5 and 3 years on Count 6, to run consecutive to the terms imposed in Counts 1 through 5; and a mandatory $600.00 special assessment. |

(5)

| | |
|---|---|
| 18:2260A.F; PENALTIES FOR REGISTERED SEX OFFENDERS. On or about 5/21/11 defendant being required by Federal &State law to register as a sex offender, committed a felony offense involving a minor in violation of 18 USC 2260A. | Defendant sentenced to life of imprisonment on each of Counts 1 through 4 and 20 years on Count 5, consecutive to Counts 1 through 4, and 10 years on Count 6 to run consecutive to the terms imposed in Counts 1 through 5; life on each of Counts 1 through 5 and 3 years on Count 6, to run consecutive to the terms imposed in Counts 1 through 5; and a mandatory $600.00 special assessment. |

(6)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Elham M Peirson** US ATTY 201 South Vine Urbana, IL 61801 217–373–5875 Fax: 217–373–5891 Email: elly.peirson@usdoj.gov *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/18/2012 | 1 | | INDICTMENT as to Jerry Lee Hendricks (1) counts 1–4, 5 &6. (DE, ilcd) (Additional attachment(s) added on 6/27/2013: # 1 Corrected page of Indictment) (KMR, ilcd). (Entered: 04/19/2012) |
| 04/18/2012 | 2 | | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT INDICTMENT UNREDACTED** (DE, ilcd) (Additional attachment(s) added on 6/27/2013: # 1 Corrected Page of Indictment) (KMR, ilcd). (Entered: 04/19/2012) |
| 04/18/2012 | 3 | | **+++ SEALED DOCUMENT – DEFENDANT INFORMATION SHEET.** (DE, ilcd) (Entered: 04/19/2012) |
| 07/10/2012 | | | TEXT ORDER entered by Magistrate Judge David G. Bernthal on 7/10/2012. An initial appearance is scheduled for 8/1/12 at 1:30 p.m. AUSA Peirson is to prepare a writ to have Mr. Hendricks transported from his place of incarceration in the South Carolina Dept. of Corrections. (JMW, ilcd) (Entered: 07/10/2012) |
| 07/11/2012 | 5 | | PETITION for Writ of Habeas Corpus ad prosequendum *for August 1, 2012, at 1:30 p.m.* by USA as to Jerry Lee Hendricks. (Peirson, Elham) (Entered: 07/11/2012) |
| 07/11/2012 | 6 | | ORDER entered by Magistrate Judge David G. Bernthal on 7/11/2012granting 5 Motion for Writ of Habeas Corpus ad prosequendum as to Jerry Lee Hendricks.Writ to be issued for hearing on 8/1/2012 at 1:30 p.m. before Judge David G. Bernthal. (JMW, ilcd) (Entered: 07/11/2012) |
| 07/11/2012 | 7 | | Writ of Habeas Corpus ad Prosequendum Issued to Lee Correctional Center as to Jerry Lee Hendricks for 8/1/2012 at 1:30 p.m. (JMW, ilcd) (Entered: 07/11/2012) |
| 07/30/2012 | | | TEXT ORDER entered by Magistrate Judge David G. Bernthal on 7/30/2012. The U.S. Marshal's office advises that Mr. Hendricks has not been transported yet. Therefore, the initial appearance scheduled for 8/1/12 at 1:30 p.m. is VACATED and will be reset upon the Marshal's notification that he has been transported to our district. (DE, ilcd) (Entered: 07/30/2012) |
| 08/01/2012 | | | Arrest of Jerry Lee Hendricks in District of South Carolina. (DE, ilcd) (Entered: 08/02/2012) |
| 08/02/2012 | 8 | | Rule 5(c)(3) Documents Received from the District of South Carolina as to Jerry Lee Hendricks (Attachments: # 1 Docket Sheet)(DE, ilcd) (Entered: 08/02/2012) |
| 08/13/2012 | | | NOTICE OF HEARING as to Defendant Jerry Lee Hendricks: Initial Appearance and Arraignment set Tuesday, 8/14/2012, at 2:00 PM in Courtroom 3 in Springfield before U.S. Magistrate Judge Byron G. Cudmore. (LB, ilcd) (Entered: 08/13/2012) |
| 08/13/2012 | 9 | | Arrest Warrant Returned Executed on 8/1/2012 as to Jerry Lee Hendricks. (DE, ilcd) (Entered: 08/13/2012) |
| 08/14/2012 | | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before Magistrate Judge Byron G. Cudmore: Initial Appearance and Arraignment as to Jerry Lee Hendricks held on 8/14/2012. AUSA Gregory Harris present on behalf of the Government. Defendant present in custody and advised of rights, including right to counsel. Defendant questioned by the Court regarding his financial situation. Court finds Defendant qualifies for court–appointed counsel and appoints the Office of the Federal Public Defender. AFPD Elisabeth R Pollock present in court and accepts the appointment. Defendant acknowledges receipt of the Indictment, waives the formal reading, and enters a plea of not guilty to all counts. Jury Trial set for 10/15/2012 at 9:00 AM in Courtroom A in Urbana before Judge Michael P. McCuskey. Final Pretrial Conference set for 10/5/2012 at 1:30 PM in Courtroom A in Urbana before Judge Michael P. McCuskey. Discovery to commence. Parties to review Local Rule 16.2 regarding pretrial discovery materials. Defendant persists with his waiver of a Detention Hearing. Defendant advised of the charges and statutory penalties and is remanded to the custody of the U.S. Marshal. (Tape #SP–C 2:00 PM) (MJ, ilcd) (Entered: 08/15/2012) |
| 08/15/2012 | 10 | | SCHEDULING ORDER as to Jerry Lee Hendricks entered by Magistrate Judge David G. Bernthal on 8/15/2012. (JMW, ilcd) (Entered: 08/15/2012) |
| 09/21/2012 | 11 | | First MOTION to Continue *Pretrial Conference*, MOTION to Vacate *Trial Date* by Jerry Lee Hendricks. (Pollock, Elisabeth) (Entered: 09/21/2012) |
| 10/05/2012 | | | Minute Entry for proceedings held 10/5/2012 before Judge Michael P. McCuskey. Appearance for the Government by Elly Peirson. Defendant JERRY LEE HENDRICKS present in person and with appointed counsel AFPD Elisabeth Pollock. Pretrial not held; status conference held. Possible penalties discussed. Probation is directed to prepare and file a Preliminary Criminal History Report. Parties advise the Court that discovery is not yet complete. Motion to Continue 11 is Granted. Pretrial Conference this date and Jury Trial set for 10/15/12 are VACATED. Further Status Conference set for 12/20/2012 at 1:00 PM in Courtroom A in Urbana before Judge Michael P. McCuskey. The Court finds that the ends of justice have been met pursuant to 18 USC § 3161(h)(7)(A). Time is excluded from 10/5/12 to 12/20/12. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (DS, ilcd) (Entered: 10/05/2012) |
| 12/20/2012 | | | Minute Entry for proceedings held 12/20/12 before Judge Michael P. McCuskey. Appearance for the Government by AUSA Elham Peirson. Defendant JERRY LEE HENDRICKS present in person and with appointed counsel AFPD Elisabeth Pollock. Status Conference held on 12/20/2012. Discussions re preliminary criminal history report; not yet complete. Oral motion by the defendant to continue; no objection by the Government. Oral motion granted. Status Conference set for 3/6/2013 at 10:00 AM in Courtroom A in Urbana before Judge Michael P. McCuskey by personal appearance. The Court finds that the ends of justice have been met pursuant to 18 USC 3161 (h)(7)(A). Time is excluded from 12/20/12 to 3/6/13. US Probation is to prepare and file a preliminary criminal history report by 3/6/2013. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (DS, ilcd) (Entered: 12/20/2012) |
| 01/24/2013 | | | NOTICE OF HEARING: Due to a conflict in the Court's calendar, the Status |

| | | | |
|---|---|---|---|
| | | | Conference as to Jerry Lee Hendricks set for 3/6/2013 at 10:00 AM is RESET for 3/12/2013 at 10:30 AM before Judge Michael P. McCuskey. The Court finds that the ends of justice have been met pursuant to 18 USC 3161 (h)(7)(A). Time is excluded from 12/20/12 to 3/13/13. (MB, ilcd) (Entered: 01/24/2013) |
| 03/06/2013 | 12 | | +++ **SEALED DOCUMENT.** Criminal History Report as to Jerry Lee Hendricks. (KM, ilcd) (Main Document 12 replaced on 3/7/2013) (KM, ilcd). (Entered: 03/06/2013) |
| 03/12/2013 | | | Minute Entry for proceedings held 3/12/2013 before Judge Michael P. McCuskey. Appearance for the Government by AUSA Elly Peirson. Defendant JERRY LEE HENDRICKS present in person and with counsel Elisabeth Pollock. Status Conference held. Criminal history report discussed. Final Pretrial Conference set for 6/27/2013 at 3:30 PM by personal appearance in Courtroom A in Urbana before Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 7/15/2013 at 9:00 AM by personal appearance in Courtroom A in Urbana before Judge Michael P. McCuskey. Motions by either party due 4/26/2013. Responses due 5/17/2013. Acceptance of responsibility deadline is 5/10/2013. The Court finds that the ends of justice have been met pursuant to 18 USC 3161(h)(7)(A). Time is excluded from 3/12/2013 to 7/15/2013. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KMR, ilcd) (Entered: 03/12/2013) |
| 04/26/2013 | 13 | | MOTION in Limine *To Exclude Evidence of Defendant's Prior Criminal Conduct* by Jerry Lee Hendricks. (Pollock, Elisabeth) (Entered: 04/26/2013) |
| 05/15/2013 | 14 | | RESPONSE to Motion by USA as to Jerry Lee Hendricks re 13 MOTION in Limine *To Exclude Evidence of Defendant's Prior Criminal Conduct* (Attachments: # 1 WITHDRAWN Exhibit re Prior Criminal Conduct)(Peirson, Elham) Modified on 7/16/2013 to show attachment 14–1 Stipulation withdrawn by Government on first day of trial. (KMR, ilcd). (Entered: 05/15/2013) |
| 05/16/2013 | | | TEXT ORDER entered by Judge Michael P. McCuskey on 5/16/2013. Because the parties have agreed on a Stipulation regarding Defendant's prior criminal conduct [14–1], the 13 Motion in Limine as to Jerry Lee Hendricks (1) is DENIED. (DK2, ilcd) (Entered: 05/16/2013) |
| 05/30/2013 | 15 | | MOTION to Amend/Correct 1 Indictment by USA as to Jerry Lee Hendricks. (Peirson, Elham) (Entered: 05/30/2013) |
| 05/30/2013 | | | TEXT ORDER granting 15 the Government's Unopposed Motion to Amend Indictment as to Jerry Lee Hendricks (1). The date in Count 5 of the Indictment is amended to state May 21, 2011. Entered by Judge Michael P. McCuskey on 5/30/2013. (DK2, ilcd) (Entered: 05/30/2013) |
| 06/27/2013 | 16 | | Proposed Jury Instructions by USA as to Jerry Lee Hendricks (Peirson, Elham) (Entered: 06/27/2013) |
| 06/27/2013 | 17 | | STATEMENT OF THE CASE by USA as to Jerry Lee Hendricks. (Peirson, Elham) (Entered: 06/27/2013) |
| 06/27/2013 | 19 | | EXHIBIT LIST by USA as to Jerry Lee Hendricks (Peirson, Elham) (Entered: 06/27/2013) |

| 06/27/2013 | 20 | | Proposed Voir Dire by USA as to Jerry Lee Hendricks (Peirson, Elham) (Entered: 06/27/2013) |
|---|---|---|---|
| 06/27/2013 | | | Minute Entry for proceedings held 6/27/2013 before Judge Michael P. McCuskey. Appearance for the Government by AUSA Elham Peirson. Defendant JERRY LEE HENDRICKS present in person and with counsel AFPD Elisabeth Pollock. Pretrial Conference held. Indictment corrected by interlineation to reflect correct offense date. No objection by defendant to statement of case by Government 17 . Defendant to file witness list by 7/5/2013. If defendant adopts Government witness list must do so by 7/5/2013. Defendant to file objection to exhibit list by 7/5/2013. Defendant objection to Government's exhibit list 19 due 7/5/2013. Defendant voir dire questions due 7/5/2013. Objections due 7/5/2013. Objection by defendant to Government's jury instructions 16 due 7/5/2013. Additional/alternative instructions due 7/5/2013. Objection to defendant witness list due 7/12/2013 by Government. Government's objection to defendant's witness list or exhibit list due 7/12/2013. Government's voir dire objections due 7/12/2013. Government's objection to additional/alternative instructions by defendant due 7/12/2013. Defendant remanded to custody of US Marshal. (Court Reporter LC.) (KMR, ilcd) (Entered: 06/27/2013) |
| 07/03/2013 | 21 | | NOTICE *of Adoption of Government's Witness List and Exhibit List* by Jerry Lee Hendricks (Pollock, Elisabeth) (Entered: 07/03/2013) |
| 07/03/2013 | 22 | | Proposed Jury Instructions by Jerry Lee Hendricks (Pollock, Elisabeth) (Entered: 07/03/2013) |
| 07/10/2013 | 23 | | EXHIBIT LIST by USA as to Jerry Lee Hendricks (Peirson, Elham) (Entered: 07/10/2013) |
| 07/11/2013 | 24 | | SECOND AMENDED EXHIBIT LIST by USA as to Jerry Lee Hendricks (Peirson, Elham) Modified on 7/15/2013 to edit document title (SKD, ilcd). (Entered: 07/11/2013) |
| 07/11/2013 | 25 | | Response by USA as to Jerry Lee Hendricks re 22 Proposed Jury Instructions (Peirson, Elham) (Entered: 07/11/2013) |
| 07/12/2013 | 26 | | MOTION Determine Competency of a Minor Witness by USA as to Jerry Lee Hendricks. (Peirson, Elham) (Entered: 07/12/2013) |
| 07/15/2013 | | | Minute Entry for proceedings held 7/15/2013 before Judge Michael P. McCuskey. Appearance for the Government by AUSA Elham Peirson. Defendant JERRY LEE HENDRICKS appeared in person and with counsel AFPD Elisabeth Pollock and AFPD John Taylor. Voir Dire held. Preliminary matters discussed. Oral motion by defendant for exclusion of all witnesses from courtroom; no objections. All witnesses excluded from courtroom. No objection by defendant to Government's Second Amended Exhibit List. Motion to Determine Competency of a Minor Witness 26 discussed; no objection by defendant. Preliminary jury instructions discussed. Stipulation [14–1] withdrawn by Government. Stipulations filed; no objection by defendant. Jurors in; sworn as to qualifications. Statement of the case read. Jury impaneled and sworn to try the case. Jurors excused to return on 7/16/2013 at 9:00 AM for jury trial. Defendant is remanded to custody of the US Marshal. (Court Reporter LC.) (KMR, ilcd) (Entered: 07/16/2013) |

| 07/15/2013 | 27 | | +++ **SEALED DOCUMENT** Jury Strikes by counsel. (KMR, ilcd) (Entered: 07/16/2013) |
|---|---|---|---|
| 07/15/2013 | 28 | | STIPULATION RE: 911 Call on May 21, 2011. (KMR, ilcd) (Entered: 07/16/2013) |
| 07/15/2013 | 29 | | STIPULATION RE: Data Extraction from Samsung Cellular Phone. (KMR, ilcd) (Entered: 07/16/2013) |
| 07/15/2013 | 30 | | STIPULATION RE: Lab Results. (KMR, ilcd) (Entered: 07/16/2013) |
| 07/15/2013 | 31 | | STIPULATION RE: Prior Conduct of Jerry Lee Hendricks. (KMR, ilcd) (Entered: 07/16/2013) |
| 07/15/2013 | 32 | | STIPULATION RE: Recorded Interviews of R.Z. (KMR, ilcd) (Entered: 07/16/2013) |
| 07/15/2013 | 33 | | STIPULATION RE: Samsung Cellular Telephone. (KMR, ilcd) (Main Document 33 replaced on 7/16/2013) (KMR, ilcd). (Entered: 07/16/2013) |
| 07/15/2013 | 34 | | STIPULATION RE: Search Warrant. (KMR, ilcd) (Entered: 07/16/2013) |
| 07/15/2013 | 35 | | STIPULATION RE: Sex Assault Kit. (KMR, ilcd) (Entered: 07/16/2013) |
| 07/15/2013 | 36 | | STIPULATION RE: Sex Offender Registration. (KMR, ilcd) (Main Document 36 replaced on 7/16/2013) (KMR, ilcd). (Main Document 36 replaced on 7/16/2013) (KMR, ilcd). (Entered: 07/16/2013) |
| 07/15/2013 | 37 | | +++ **SEALED DOCUMENT – ORIGINAL DOCUMENT Stipulation RE: Samsung Cellular Telephone UNREDACTED** (KMR, ilcd) (Entered: 07/16/2013) |
| 07/15/2013 | 38 | | +++ **SEALED DOCUMENT – ORIGINAL DOCUMENT Stipulation RE: Sex Offender Registration UNREDACTED** (KMR, ilcd) (Entered: 07/16/2013) |
| 07/16/2013 | | | Minute Entry for proceedings held 7/16/2013 before Judge Michael P. McCuskey. Jury Trial continued as to Jerry Lee Hendricks with same appearances. Preliminary instructions read to jury. Opening statements heard. Evidence for Government. Witnesses sworn; testimony heard. Stipulations read to jury. Jury excused to return on 7/17/2013 at 9:00 AM. Preliminary jury instruction conference held. Defendant remanded to custody of US Marshal. (Court Reporter LC.) (KMR, ilcd) (Entered: 07/17/2013) |
| 07/16/2013 | 39 | | Proposed Jury Instructions marked at jury instruction conference held 7/16/2013. (KMR, ilcd) (Entered: 07/17/2013) |
| 07/17/2013 | | | Minute Entry for proceedings held 7/17/2013 before Judge Michael P. McCuskey. Jury Trial continued with same appearances as to Jerry Lee Hendricks. Alternate verdict form proposed by Government. Jury in. Witnesses sworn; testimony heard. Stipulations read to the jury. Government rests. Jury out. Oral motion by defendant for judgment of acquittal pursuant to Rule 29 at the close of Government's evidence; DENIED. Jury in. Evidence for the defendant. Witness sworn; testimony heard. Defense rests. Jury out. Renewed oral motion by defendant for judgment of acquittal pursuant to Rule 29 at the close of all evidence; DENIED. Jury in. Jury instructions read to the jury. Closing arguments heard. Rebuttal by the Government. Court security |

| | | | |
|---|---|---|---|
| | | | officer sworn. Jury out to deliberate. Court in recess. Reconvene, same appearances for jury question. Answer from the Court given to the jury. Court in recess. Reconvene, same appearances. Jury in with verdict. Guilty verdict as to Counts 1–6. Jurors polled and excused. Court enters judgment of conviction as to Counts 1–6 of the Indictment. Order implementing sentencing guidelines entered. Sentencing set for 11/21/2013 at 2:30 PM by personal appearance in Courtroom A in Urbana before Judge Michael P. McCuskey. Defendant remanded to custody of the US Marshal. (Court Reporter LC.) (KMR, ilcd) (Entered: 07/18/2013) |
| 07/17/2013 | 40 | | Final Jury Instructions as to Jerry Lee Hendricks. (KMR, ilcd) (Entered: 07/18/2013) |
| 07/17/2013 | 41 | | Jury Question/Answer as to Jerry Lee Hendricks. (KMR, ilcd) (Entered: 07/18/2013) |
| 07/17/2013 | 42 | | +++ **SEALED DOCUMENT – ORIGINAL DOCUMENT Jury Question/Answer UNREDACTED** (KMR, ilcd) (Entered: 07/18/2013) |
| 07/17/2013 | 43 | | JURY VERDICT as to Jerry Lee Hendricks (1) Guilty on Count 1–4,5,6. (KMR, ilcd) (Entered: 07/18/2013) |
| 07/17/2013 | 44 | | +++ **SEALED DOCUMENT – ORIGINAL DOCUMENT Jury Verdicts (6) UNREDACTED** (KMR, ilcd) (Entered: 07/18/2013) |
| 07/17/2013 | 45 | | EXHIBIT LIST by USA as to Jerry Lee Hendricks. (KMR, ilcd) (Entered: 07/18/2013) |
| 07/18/2013 | 46 | | ORDER on Implementation of Sentencing Guidelines as to Jerry Lee Hendricks entered by Judge Michael P. McCuskey on 7/18/2013. (KMR, ilcd) (Entered: 07/18/2013) |
| 07/18/2013 | | | TEXT ORDER entered by Judge Michael P. McCuskey on 7/18/2013. There was no objection by Defendant, so the Government's 26 Motion to determine competency of a minor witness as to Jerry Lee Hendricks (1) was GRANTED. (DK2, ilcd) (Entered: 07/18/2013) |
| 09/10/2013 | 47 | | MOTION to Continue *Sentencing Hearing* by USA as to Jerry Lee Hendricks. (Peirson, Elham) (Entered: 09/10/2013) |
| 09/10/2013 | | | TEXT ORDER entered by Judge Michael P. McCuskey on 9/10/2013 GRANTING 47 Motion to Continue Sentencing Hearing as to Jerry Lee Hendricks. The sentencing hearing set for 11/21/2013 at 2:30 PM is CONVERTED to a status conference to reset the sentencing hearing. The U.S. Probation Officer is directed to attend the status hearing in order to give the Court an update on the presentence investigation report. (MB, ilcd) (Entered: 09/10/2013) |
| 09/12/2013 | | | NOTICE OF HEARING: Due to a conflict in the Court's calendar, the Status Conference as to Jerry Lee Hendricks set for 11/21/2013 at 2:30 PM is RESET for 11/20/2013 at 1:15 PM in Courtroom A in Urbana before Judge Michael P. McCuskey. (MB, ilcd) (Entered: 09/12/2013) |
| 11/20/2013 | | | Minute Entry for proceedings held 11/20/13 before Judge Michael P. McCuskey. Appearance of AUSA Elham Peirson for Government. Appearance of JERRY LEE HENDRICKS in person, with counsel AFPD |

| | | | |
|---|---|---|---|
| | | | Elisabeth Pollock. Status Conference held. USPO Kistner reports status of Presentence Investigation Report. Sentencing set for 3/20/2014 at 10:00 AM by personal appearance in Courtroom A in Urbana before Judge Michael P. McCuskey. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 11/20/2013) |
| 02/06/2014 | 48 | | +++**INITIAL PRESENCE INVESTIGATION REPORT** as to Jerry Lee Hendricks (Hanner, Laura) (Entered: 02/06/2014) |
| 02/21/2014 | 49 | | PRO SE MOTION for Extension of Time to File Response to presentence report by Jerry Lee Hendricks. (KM, ilcd) (Entered: 02/21/2014) |
| 03/11/2014 | 50 | | +++**REVISED PRESENCE INVESTIGATION REPORT** as to Jerry Lee Hendricks (Hanner, Laura) (Entered: 03/11/2014) |
| 03/11/2014 | 51 | | +++ **SENTENCING RECOMMENDATION** as to USA, Jerry Lee Hendricks. (Hanner, Laura) (Entered: 03/11/2014) |
| 03/18/2014 | | | TEXT ORDER denying 49 Motion for Extension of Time to File Response/Reply as to Jerry Lee Hendricks (1). This court has wide discretion to reject pro se submissions by defendants represented by counsel. United States v. Patterson, 576 F.3d 431, 437 (7th Cir. 2009); see also United States v. Gwiazdzinski, 141 F.3d 784, 787 (7th Cir. 1998). Entered by Judge Michael P. McCuskey on 3/18/2014. (DK2, ilcd) (Entered: 03/18/2014) |
| 03/18/2014 | 52 | | COMMENTARIES ON SENTENCING FACTORS by USA as to Jerry Lee Hendricks. (Peirson, Elham) (Entered: 03/18/2014) |
| 03/20/2014 | | | Minute Entry for proceedings held 3/20/2014 before Judge Michael P. McCuskey. Appearance for the Government by AUSA Elham Peirson. Defendant JERRY LEE HENDRICKS present in person and with appointed counsel AFPD Elisabeth Pollock. Cause called for Sentencing. Parties acknowledge receipt of the presentence investigation report; objections by the parties noted. Probation is ordered to prepare a second revised presentence investigation report. Victim Impact Statement filed under seal in open court. Sentencing is continued to 4/28/2014 at 1:00 PM in Courtroom A in Urbana before Judge Michael P. McCuskey. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (DS, ilcd) (Entered: 03/20/2014) |
| 03/20/2014 | 53 | | +++ **SEALED DOCUMENT.** VICTIM IMPACT STATEMENT. (DS, ilcd) (Entered: 03/20/2014) |
| 03/26/2014 | 54 | | +++**REVISED PRESENCE INVESTIGATION REPORT** as to Jerry Lee Hendricks (Hanner, Laura) (Entered: 03/26/2014) |
| 04/08/2014 | 55 | | Letter to the clerk from defendant. (Attachments: # 1 Objections to the Presentence Investigation Report) (DS, ilcd) (Entered: 04/08/2014) |
| 04/09/2014 | 56 | | +++**REVISED PRESENCE INVESTIGATION REPORT** as to Jerry Lee Hendricks (Hanner, Laura) (Entered: 04/09/2014) |
| 04/09/2014 | 57 | | +++ **REVISED SENTENCING RECOMMENDATION** as to USA, Jerry Lee Hendricks. (Hanner, Laura) Modified on 4/10/2014 to show document revised (SKD, ilcd). (Entered: 04/09/2014) |
| 04/28/2014 | | | Minute Entry for proceedings held 4/28/2014 before Judge Michael P. |

| | | | |
|---|---|---|---|
| | | | McCuskey. Appearance for the Government by AUSA Elham Peirson. Defendant JERRY LEE HENDRICKS present in person and with appointed counsel, AFPD Elisabeth Pollock. Cause called for Sentencing. Parties acknowledge receipt of the third presentence investigation report. Objections filed by defendant. This Court hereby recuses itself from further proceedings in this matter. Cause is referred to Chief Judge Shadid for reassignment. Defendant is remanded to the custody of the US Marshal. (Court Reporter AW/AB.) (DS, ilcd) (Entered: 04/28/2014) |
| 04/29/2014 | | | Text ORDER reassigning case as to Jerry Lee Hendricks. Pursuant to the Recusal Order entered by Judge Michael McCuskey in this matter this case is reassigned to Judge Sue Myerscough for further proceedings. Entered by Chief Judge James E. Shadid on 4/29/2014. (CG, ilcd) (Entered: 04/29/2014) |
| 04/30/2014 | | | TEXT ORDER: Chief Judge Shadid reassigned this case to this Court to conduct a sentencing hearing. The Court will hold the Sentencing Hearing on Friday, June 13, 2014 at 9:30 A.M.. Entered by Judge Sue E. Myerscough on 4/30/2014. (MJ, ilcd) (Entered: 04/30/2014) |
| 05/02/2014 | | | TEXT ORDER as to DEFENDANT JERRY LEE HENDRICKS: The Court SCHEDULES a status conference in this case for Wednesday, May 7, 2014 at 10:00 A.M before Judge Myerscough in Springfield. The attorneys are welcome to appear by telephone and need only call the Court at 217–492–5280 to indicate their intentions to do so. Because this conference will involve only a question of law, Defendant Jerry Lee Hendricks, who is currently incarcerated, need not be present under Federal Rule of Criminal Procedure 43(b)(3). Entered by Judge Sue E. Myerscough on 5/2/2014. (MJ, ilcd) (Entered: 05/02/2014) |
| 05/07/2014 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: TELEPHONE STATUS CONFERENCE as to Jerry Lee Hendricks held on 5/7/2014. AUSA Elham Peirson present on behalf of Government. AFPD Elisabeth Pollock present on behalf of Defendant. Status as to the setting of sentencing. Possible dates discussed. Previous sentencing date vacated. By agreement of parties, the sentencing is set for June 26, 2014 at 10:00 AM before Judge Sue E. Myerscough, Courtroom 1, Springfield. Stipulation by parties for Court to view photos prior to sentencing. Hearing adjourned. (Tape #SP–1: 10:01 AM.) (DM, ilcd) (Entered: 05/07/2014) |
| 06/24/2014 | 58 | | SENTENCING MEMORANDUM by Jerry Lee Hendricks (Pollock, Elisabeth) (Entered: 06/24/2014) |
| 06/26/2014 | 59 | | **+ + PRESENTENCE INVESTIGATION REPORT – AMENDED BY INTERLINEATION** as to Jerry Lee Hendricks. (DM, ilcd) Modified on 6/27/2014 (MC, ilcd). (Entered: 06/26/2014) |
| 06/26/2014 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: SENTENCING HEARING as to Jerry Lee Hendricks held on 06/26/2014. AUSA Elly Peirson present on behalf of the Government. Defendant present in custody with appointed counsel, AFPD Elisabeth Pollock. Case History given by Court. Court acknowledged review of the PSR, Sentencing Recommendation, Sentencing Commentary, and photos. Counsel and Defendant acknowledged receipt of the PSR. Corrections to PSR by interlineation. Court adopted the factual findings of the PSR as its own. |

| | | | |
|---|---|---|---|
| | | | Arguments and recommendations stated by counsel. Defendant refused his right of allocution. Court noted that the Guidelines were advisory. Defendant sentenced to life of imprisonment on each of Counts 1 through 4 and 20 years on Count 5, consecutive to Counts 1 through 4, and 10 years on Count 6 to run consecutive to the terms imposed in Counts 1 through 5; life on each of Counts 1 through 5 and 3 years on Count 6, to run consecutive to the terms imposed in Counts 1 through 5; and a mandatory $600.00 special assessment. Rights of Appeal given. Defendant remanded to custody of the US Marshal. Hearing adjourned. (Court Reporter KS.) (DM, ilcd) (Entered: 06/27/2014) |
| 06/27/2014 | 60 | 14 | JUDGMENT as to Jerry Lee Hendricks (1), Count(s) 1–4, 5, 6, Defendant sentenced to life of imprisonment on each of Counts 1 through 4 and 20 years on Count 5, consecutive to Counts 1 through 4, and 10 years on Count 6 to run consecutive to the terms imposed in Counts 1 through 5; life on each of Counts 1 through 5 and 3 years on Count 6, to run consecutive to the terms imposed in Counts 1 through 5; and a mandatory $600.00 special assessment. Entered by Judge Sue E. Myerscough on 06/27/2014. (DM, ilcd) (Entered: 06/27/2014) |
| 06/27/2014 | 61 | | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT––JUDGMENT–– UNREDACTED** (DM, ilcd) (Entered: 06/27/2014) |
| 06/27/2014 | 62 | | **+++ STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Jerry Lee Hendricks. (DM, ilcd) (Entered: 06/27/2014) |
| 06/30/2014 | 63 | 12 | NOTICE OF APPEAL by Jerry Lee Hendricks re 60 Judgment,, (Pollock, Elisabeth) (Entered: 06/30/2014) |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                              No.:    12-20025

JERRY LEE HENDRICKS,

      Defendant.

## NOTICE OF APPEAL

Notice is hereby given the Defendant, JERRY LEE HENDRICKS, appeals to the United

States Court of Appeals for the Seventh Circuit from Judgement and order imposed on June 26, 2014

and entered on June 27, 2014.

Respectfully Submitted,

JERRY LEE HENDRICKS, Defendant,

      s/Elisabeth R. Pollock
BY:_____
      ELISABETH R. POLLOCK
      Assistant Federal Public Defender
      300 West Main Street
      Urbana, Illinois 61801
      Telephone: (217) 373-0666
      Facsimile: (217) 373-0667
      Email: Elisabeth_Pollock@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Elham Peirson.

s/Elisabeth R. Pollock
_____
ELISABETH R. POLLOCK
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: Elisabeth_Pollock@fd.org

2

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:* Central District of Illinois

*Docket No.:* 12-20025

*Division:* Urbana

### Plaintiff (Petitioner)Short CaptionDefendant (Respondent)

United States of America

*v.* Jerry Lee Hendricks

---------------------------------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**

**Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

*Name:* Elham M. Peirson

*Name:* Elisabeth R. Pollock

*Firm:* U.S. Attorney's Office

*Firm:* Federal Public Defender's Office

*Address:* 201 South Vine
Urbana, IL  61801

*Address:* 300 W. Main Street
Urbana, IL  61801

*Phone:* 217-373-5875

*Phone:* 217-373-0666

---------------------------------------------------------------------------------------------------------------------------

*Judge:* Sue E. Myerscough

*Nature of Suit Code:*

*Court Reporter:* Kathy Sullivan

*Date Filed in District Court:* 4/18/2012

*Date of Judgment:* 6/27/2014

*Date of Notice of Appeal:* 6/30/2014

*Counsel:* ✗ *Appointed* ___*Retained* ___*Pro Se*

*Fee Status:* ___*Paid* ___*Due* ___*IFP* ___*IFP Pending* ✗ *U.S.* ___*Waived*

*(Please mark only 1 item above)*

*Has Docketing Statement been filed with the District Court's Clerk's Office:* ___*Yes* ✗ *No*

*If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability:* ___*granted,* ___*denied;* ___*pending*

*If certificate of appealability was granted or denied, what is the date of the order:* _____

*If Defendant is in Federal custody, please provide United States Marshal number (USM#):* 18205-026

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

Case 2:12-cr-20025-SEM-DGB   Document 60   Filed 06/27/14   Page 1 of 6
Friday, 27 June, 2014 05:28:50 PM
Clerk, U.S. District Court, ILCD
FILED
E-FILED
JUN 27 2014

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AO 245B  (Rev. 09/08) Judgment in a Criminal Case
v1        Sheet 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )
v. )
JERRY LEE HENDRICKS )

**JUDGMENT IN A CRIMINAL CASE**

Case Number:   12-20025-001

USM Number:   18205-026

Elisabeth R. Pollock and John C. Taylor
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)   1, 2, 3, 4, 5, and 6
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 2251(a) and (e) and 3559(e)(1) | Sexual Exploitation of a Minor | 05/21/2011 | 1-4 |
| 18 USC 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography | 05/21/2011 | 5 |
| 18 USC 2260(a) | Penalties for Registered Sex Offenders | 05/21/2011 | 6 |

☐ See additional count(s) on page 2

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____    ☐ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

06/26/2014
Date of Imposition of Judgment

s/ Sue E. Myerscough

Signature of Judge

SUE E. MYERSCOUGH, U.S. District Judge
Name of Judge                          Title of Judge

6/27/14
Date

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
v1     Sheet 2 — Imprisonment

DEFENDANT: JERRY LEE HENDRICKS

CASE NUMBER: 12-20025-001

Judgment Page: 2 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Life on each of Counts 1 through 4, and 20 years on Count 5, consecutive to Counts 1 through 4, and 10 years on Count 6 to run consecutive to the terms imposed in Counts 1 through 5.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant serve his sentence in a facility that will address his medical needs and will allow him to participate in a sex offender treatment program, specifically FMC Butner, NC.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before     on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
v1         Sheet 3 — Supervised Release

DEFENDANT:  JERRY LEE HENDRICKS                              Judgment Page: 3 of 6
CASE NUMBER:  12-20025-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

> Life on each of Counts 1 through 5 and 3 years on Count 6, to run consecutive to the terms imposed in
> Counts 1 through 5.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☑ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency as directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) ~~the defendant shall refrain from ☐ Any ☐ Excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;~~

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
v1         Sheet 3C — Supervised Release

DEFENDANT:  JERRY LEE HENDRICKS                     Judgment Page: 4 of 6
CASE NUMBER:  12-20025-001

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall not engage in an occupation, business, or profession of photography or modeling involving minor children while on supervision unless approved by the U.S. Probation Office and the Court.

2. You shall participate in a sex offender treatment program as deemed necessary by the U.S. Probation Office. You shall pay for such services, if financially able, as directed by the U.S. Probation Office. You will submit to physiological testing, including polygraph testing, which may be part of a sex offender treatment program as directed by the U.S. Probation Office. You shall pay for such services, if financially able, as directed by the U.S. Probation Office.

3. You shall have no contact with any person under the age of 18 except: (1) in the presence of a responsible adult who is aware of the nature of your background and current offense, and who has been approved by the U.S. Probation Office; (2) in the course of normal commercial business; or (3) in other cases of unintentional and incidental contact.

4. You shall not receive, transmit, have under your control, or view, any material, legal or illegal, that contains pornography in electronic, paper, or any other form.

5. You shall participate with the U.S. Probation Office's Computer and Internet Monitoring Program (CIMP) during your term of supervision. The monitoring program will start as soon as possible after your supervision term begins. You shall sign the rules of the Computer Internet and Monitoring Program and comply with the conditions of this program. During this time, you shall install filtering software on any computer you possess or use which will monitor/block access to sexually oriented websites. You shall allow the U.S. Probation Office unannounced access to any computer you possess or use to verify that the filtering software is functional. You shall pay for the cost of the filtering software, if financially able, as directed by the U.S. Probation Office.

6. If there is reasonable suspicion to believe that you are in violation of a condition of supervised release, you shall submit to the search of your person, automobile, and property under your control by the U.S. Probation Office. You shall also allow the U.S. Probation office to conduct periodic unannounced examinations of your computer equipment, Internet capable devices, similar electronic devices, related computer peripherals, which may include retrieval and copying of all data from your device to ensure compliance with this condition, and/or removal of such equipment for the purpose of conducting a more thorough inspection.

7. You shall not use the Internet or visit any website, including chat rooms or bulletin boards, for the purpose of sexual arousal.

8. You shall participate in psychiatric services and/or a program of mental health counseling/treatment as directed by the U.S. Probation Office and shall take any and all prescribed medications as directed by the treatment providers. You shall pay for these services, if financially able, as directed by the U.S. Probation Office.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
v1         Sheet 5 — Criminal Monetary Penalties

DEFENDANT:  JERRY LEE HENDRICKS                                    Judgment Page: 5 of 6
CASE NUMBER:  12-20025-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|              | **Assessment** | **Fine** | **Restitution** |
|--------------|----------------|----------|-----------------|
| **TOTALS**   | $ 600.00       | $ 0.00   | $ 0.00          |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   |                 |                         |                            |
| **TOTALS**        | $0.00           | $0.00                   |                            |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

18

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
v1         Sheet 6 — Schedule of Payments

Judgment Page: 6 of 6

DEFENDANT:  JERRY LEE HENDRICKS
CASE NUMBER:  12-20025-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ ___600.00___  due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

19